UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

RC Offshore, LLC,, *et al.*,           §
                                       §
    Plaintiffs,           §
                                       §
*versus*                               §       Civil Action H-13-2424
                                       §
M.V. Miss Penny,                       §
her equipment and                      §
appurtenances, *in rem*,               §
                                       §
    Defendant.            §

## Order Denying Warrant

1. The motion for a warrant to arrest the M.V. Miss Penny is denied without prejudice. (2)

2. The motion to deposit a bond is denied as moot. (3)

Signed on August 21, 2013, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge